No. 14-1424

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

N. ALBERT BACHARACH, JR., Appellant
v.
TENNILLE, ET. AL., Appellee,
and
WESTERN UNION, ET AL, Appellee.

---

**APPELLANT N. ALBERT BACHARACH, JR'S MOTION FOR LEAVE TO FILE CORRECTED BRIEF ONE DAY OUT OF TIME**

---

Pursuant to Federal Rule of Appellate Procedure 27(a)(2), Appellant N. Albert Bacharach, Jr., files this Motion For Leave to File Corrected Brief One Day Out of Time and says;

1. Undersigned counsel timely filed Appellant N. Albert Bacharach, Jr's, Initial Brief on December 15, 2014, through the Court's CM/ECF System.

2. The Initial Brief contains a repeated software created scrivener's error whereby the word processing program inserted the words "Wells Fargo" instead of "Western Union" on at least five pages. Undersigned counsel has corrected the Initial Brief only to replace the words Wells Fargo with the words Western Union as appropriate. There are no other changes to the Initial Brief.

3. Undersigned counsel has contacted counsel for Appellee James P. Tennille, et al and Appellees' counsel stated he has no position with regard to this motion for leave.

4. Undersigned counsel has contacted counsel for Appellee Western Union, et al and Appellees' counsel has stated he is unopposed to this motion for leave.

WHEREFORE, Appellant N. Albert Bacharach, Jr., by and through his counsel, respectfully requests this Court enter an Order allowing Appellant N. Albert Bacharach, Jr., to file his corrected Initial Brief one day out of time.

Dated: December 16, 2014

/s/ Paul S. Rothstein
Paul S. Rothstein
Attorney for Appellant Bacharach
626 NE 1st Street
Gainesville, FL 32601
(352)376-7650
FAX (352)374-7133
psr@rothsteinforjustice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2014, an electronic copy of the foregoing Motion for Leave to File Corrected Brief One Day Out of Time was filed with the Clerk of Court for the United States Court of Appeals for the Tenth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system.

/s/ Paul S. Rothstein
Paul S. Rothstein
