FILED  
United States Court of Appeals  
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

February 25, 2015

Elisabeth A. Shumaker  
Clerk of Court

---

JAMES P. TENNILLE; ROBERT P. SMET; ADELAIDA DELEON; YAMILET RODRIGUEZ, individually and on behalf of all others similarly situated,

    Plaintiffs - Appellees,

v.

THE WESTERN UNION COMPANY; WESTERN UNION FINANCIAL SERVICES, INC.,

    Defendants.

_____

N. A. BACHARACH, JR.,

    Objector - Appellant.

No. 14-1424  
(D.C. No. 1:09-CV-00938-JLK-KMT)

---

**ORDER**

---

    In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk